UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| OHIO CASUALTY INSURANCE COMPANY, a New Hampshire corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>L.H. ENGINEERING CO., INC., a corporation; PAUL HOGEUM LEE, an individual; YONG HUI LEE, an individual;<br><br>　　　　Defendants. | Case No.: SACV 13-01249-CJC(ANx)<br><br><br>PRELIMINARY INJUNCTION |

　　　Plaintiff Ohio Casualty Insurance Company's ("Ohio Casualty") motion for a preliminary injunction came before the Court.  On January 2, 2014, the Court, having considered the moving papers and there being no opposition thereto, issued an Order granting Ohio Casualty's motion for a preliminary injunction and finding that Ohio Casualty is entitled to specific performance of Defendants L.H. Engineering Co., Inc.

("LHEC"), Paul Hogeum Lee, and Yong Hui Lee's (collectively, "Defendants") contractual obligation to provide reasonable access to Defendants' books, records, and accounts.

IT IS HEREBY ORDERED that Defendants, together with their officers, agents, servants, employees, attorneys and other persons who are in active concert or participation with Defendants, and each of them, shall provide Ohio Casualty, together with Ohio Casualty's officers, agents, services, employees, or attorneys, with reasonable access to Defendants' books, records, and accounts for the purpose of inspection, copying, or reproduction.

Defendants shall provide Ohio Casualty with such reasonable access to their records no later than January 27, 2014.  Furthermore, Defendants shall continue to provide Ohio Casualty with such reasonable access to their records until such time as Ohio Casualty's liability under any and all bonds issued by Ohio Casualty to Defendants is terminated, or Ohio Casualty is fully reimbursed all amounts due to it under the parties' General Agreement of Indemnity.

IT IS FURTHER ORDERED that Ohio Casualty is not obligated to post any undertaking or bond in connection with this preliminary injunction.

DATED:     January 2, 2014

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE