JOHN J. IMMORDINO (State bar No. 93874)
SUSANNAH M. DUDLEY (State bar No. 182939)
**WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:(213) 443-5100
Facsimile: (213) 443-5101
Attorneys for Plaintiff,
OHIO CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OHIO CASUALTY INSURANCE COMPANY, a New Hampshire corporation,<br><br>          Plaintiff,<br><br>V.<br><br>L.H. ENGINEERING CO., INC., a corporation; PAUL HOGEUM LEE, an individual; YONG HUI LEE, an individual;<br><br>          Defendants. | Case No.:  8:13-cv-01249-CJC-AN<br>Hon. Cormac J. Carney<br>Corm. 9B<br><br>**JUDGMENT** |

  The Court, having considered the Motion for Summary Judgment of Plaintiff, OHIO CASUALTY INSURANCE COMPANY, and having issued its order, filed on May 28, 2014, granting the motion for summary judgment,

  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff, OHIO CASUALTY INSURANCE COMPANY, have judgment against Defendants, L.H. ENGINEERING CO., INC., a corporation; PAUL HOGEUM LEE, an individual; YONG HUI LEE, an individual, and each of them, in the principal sum of $1,682,659.84, plus prejudgment interest in the sum of $103,441.61, for a total of $1,786,101.45.

1   This judgment shall bear interest as provided by law.

2

3   DATED: June 16, 2014   _____

4   HON. CORMAC J. CARNEY
    UNITED STATES DISTRICT COURT
5   JUDGE

6

2050763v.2